IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| National Fair Housing Alliance, Inc., )<br>Fair Housing Center of Central Indiana, and )<br>H.O.P.E., Inc., d/b/a/ HOPE Fair Housing Center )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Buckingham Realty and Development )<br>Corporation, d/b/a/ The Buckingham Companies, )<br>Buckingham Construction Corp., )<br>Buckingham Management, LLC, )<br>Buckingham MR, LLC, )<br>Grand Prairie Apartments, LLC, )<br>Michigan Road Partners, LLC )<br>Providence Housing Partners, LLC, )<br>Providence HUD, LLC, and )<br>Springhurst Housing Partners, LLC )<br>)<br>Defendants. )<br>_____ ) | Case Number 1:12-cv-01793-LJM-TAB<br><br>**APPROVED**<br><br>LJM  12/02/2014 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs National Fair Housing Alliance, Inc., Fair Housing Center of Central Indiana, and H.O.P.E., Inc., and Defendants Buckingham Realty and Development Corporation, Buckingham Construction Corp., Buckingham Management, LLC, Buckingham MR, LLC, Grand Prairie Apartments, LLC, Michigan Road Partners, LLC, Providence Housing Partners, LLC, Providence HUD, LLC, and Springhurst Housing Partners, LLC hereby stipulate to Plaintiffs' voluntary dismissal with prejudice of all claims that they have asserted in the above-captioned action against all Defendants.  All parties further stipulate that each party shall bear its own costs.

Respectfully submitted,

/s/ Glenn Schlactus
Glenn Schlactus*
Stephen M. Dane*
Thomas J. Keary*
RELMAN, DANE & COLFAX PLLC
1225 19th Street, N.W.
Suite 600
Washington, D.C. 20036
(202) 728-1888 (voice)
(202) 728-0848 (fax)
sdane@relmanlaw.com
gschlactus@relmanlaw.com
tkeary@relmanlaw.com

John Emry
JOHN EMRY LAW
62 W. Jefferson Street
Franklin, IN 46131
(317) 736-5800 (voice)
(317) 736-6070 (fax)
johnemrylaw@att.net

*Attorneys for all Plaintiffs*

Morgan Williams*
NATIONAL FAIR HOUSING ALLIANCE
1101 Vermont Avenue, N.W.
Suite 710
Washington, D.C. 20005
(219) 865-6700
MWilliams@nationalfairhousing.org

*Attorney for Plaintiff National Fair Housing Alliance, Inc.*

*\* Admitted Pro Hac Vice*

Dated: November 25, 2014

/s/ Andrew J. Miroff
Richard A. Smikle
Andrew J. Miroff
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282
(317) 236-2100 (voice)
(317) 592-4859 (fax)
drew.miroff@icemiller.com

*Attorneys for all Defendants except Grand Prairie Apartments, LLC*

/s/ James M. Yannakopoulos
James M. Yannakopoulos
KORANSKY BOUWER PORACKY PC
425 Joliet Street
Suite 425
Dyer, IN 46311
(219) 865-6700 (voice)
(219) 865-5840 (fax)
jyannako@kblegal.net

*Attorney for Grand Prairie Apartments, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2014, a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Glenn Schlactus
Glenn Schlactus
RELMAN, DANE & COLFAX PLLC